aboard the Brigantine called the Claiborn Adventure & consigned to the s$^d$ severall persons in Boston or to theire Agents in Barbados as by severall bills of Lading or receipts signed by s$^d$ Wilkins dated in Yorke River the 19° of Novemb$^r$ 1673. may fully appeare with all due damages according to attachm$^t$ dat. Septemb$^r$ 17° 1675. . . . The Jury . . . found for the Defend$^t$ costs of Court.

### WILLIAMS ag$^t$ CLAIBORNS

John Williams Attourny to James Wilkins or his Substitute plaint. ag$^t$ the goods or Estate of W$^m$ Claiborn & Thomas Claiborn or either of theire Estates Defend$^t$ according to Attachment Dat. August 17° 1675. The plaint. was nonSuted upon non appearance.

### WHALEY ag$^t$ COLEMAN

John Whaley plaint. ag$^t$ W$^m$ Coleman Defend$^t$ according to attachm$^t$ dat. 7$^{br}$ 24° 1675. The plaint. withdrew his action.

### CHANDLER ag$^t$ MOULDER

Thomas Chandler plaint. ag$^t$ Nich° Moulder & Miles Foster Defend$^{ts}$ in an action of the case for the Forfiture of a bond of One hundred & Forty pounds of lawfull mony of New-England in theire not paying the summe of Seventy pounds of like mony according to the time expressed in the condition thereof with all due damages according to Attachm$^t$ dat. Oct° 1675. . . . The Jury . . . founde for the plaint. One hundred & Forty pounds mony Forfiture of the bond & costs of Court being twenty Five Shillings.

Execucion issued 9$^{br}$ 29° 1675   [ **347** ]

### MAN ag$^t$ CASWELL

John Man plaint. ag$^t$ W$^m$ Caswell Defend$^t$ according to Attachment Dat. Oct° 19° 1675. The plaint. was nonSuted upon non appearance.

### FOGG ag$^t$ HATHORN

Ezekiel Fogg plaint. ag$^t$ John Hathorn Defend$^t$ in an action of debt for witholding the Summe of two pound eight Shillings in mony due by a writing under his hand of date the. 9th day of July. 1674. with all due damages according to attachm$^t$ dat. 7$^{br}$ 3$^d$ 1675. . . .